UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>In Re: Noreen Durham</u>

                        11-mc-12-LM

<u>O R D E R</u>

On March 2, 2011, Attorney Iacopino submitted a motion for appointment of counsel <u>nunc</u> <u>pro</u> <u>tunc</u> to December 1, 2010, for his services in representing Ms. Durham as a trial witness in a criminal matter. Prior to ruling on the motion, and in order to receive payment, Attorney Iacopino shall file the following within 21 days of the date of this order: (1) Financial Declaration, (2) Witness Subpoena, and (3) CJA 20 Voucher. The failure to submit these documents within the specified time frame may result in a denial of the motion as well as any subsequent request for payment for services rendered. LR 44.1(b).

      SO ORDERED.

May 16, 2011                                      <u>/s/ Daniel J. Lynch</u>
                                                    Daniel J. Lynch
                                                    United States Magistrate Judge

cc:    Michael J. Iacopino, Esq.